UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION**<br><br>    Plaintiff,<br><br>v.<br><br>**ANDRE FLOTRON,**<br><br>    Defendant | Civil Action No. 18-158<br><br>ECF Case |

## JOINT STATUS REPORT

In accordance with your Honor's April 5, 2018 order, the parties jointly provide the Court with the following status report:

Since your Honor stayed this case on April 5, 2018, the related criminal matter, *United States v. Flotron* (3:17-cr-220), was tried before Judge Meyer.  Mr. Flotron faced one count of conspiracy to commit commodities fraud.  On April 25, 2018, the jury returned a verdict of not guilty.

The parties to this action are prepared to submit a Rule 26(f) Report by May 25, 2018, as ordered by the Court, and proceed accordingly.  In the interim, the parties continue to engage in discussions to potentially resolve this matter.

| | |
|---|---|
| Dated: May 11, 2018 | Respectfully submitted, |

| | |
|---|---|
| /s/ *Daniel Filor*_____<br>**Marc L. Mukasey (ct29885)**<br>**Daniel Filor**<br>**Nathan J. Muyskens**<br><br>**200 Park Avenue**<br>**New York, NY 10166**<br>**Telephone: (212)-801-9200**<br>**Facsimile: (2120 901-6400**<br><br>**Attorneys for Defendant Andre Flotron** | /s/ *Samuel Wasserman*_____<br>**Samuel Wasserman, Trial Attorney**<br>**Fed. Bar No. phv09401**<br><br>**David W. Oakland, Trial Attorney**<br>**Fed. Bar No. phv09423**<br><br>**Patryk J. Chudy, Chief Trial Attorney**<br>**Fed. Bar No. phv03531**<br><br>**Manal M. Sultan, Deputy Director**<br>**Fed. Bar No. phv09424**<br><br>**Attorneys for Plaintiff Commodity**<br>     **Futures Trading Commission**<br><br>**Division of Enforcement**<br>**140 Broadway, 19th Floor**<br>**New York, New York 10005**<br>**Phone: (646) 746-9700**<br>**Fax: (646) 746-9939**<br>swasserman@cftc.gov<br>doakland@cftc.gov<br>pchudy@cftc.gov<br>msultan@cftc.gov |